| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|---|---|---|---|---|---|
| QZ2 | 000431 | 000100 | 0000190010 | | |

# Earnings Statement

**ADP**

VANKIRK ELECTRIC INC
62 N. JACKSON STREET
WINDER, GA 30680

Period Beginning: 04/22/2018
Period Ending: 05/05/2018
Pay Date: 05/11/2018

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 0
   GA: 3

ABBY B BRYAN
3647 FAIR HILL DR
BETHLEHEM GA 30620

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1193.00 | | 1,193.00 | 7,515.90 |
| Additional | | | | 50.00 |
| **Gross Pay** | | | **$1,193.00** | 7,565.90 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,193.00 | 7,565.90 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 678-425-9494

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -28.61 | 404.56 |
| Social Security Tax | | -45.28 | 440.40 |
| Medicare Tax | | -10.59 | 103.00 |
| GA State Income Tax | | -10.36 | 198.34 |
| **Other** | | | |
| DENTAL | | -30.23* | 30.23 |
| MEDICAL | | -432.42* | 432.42 |
| **Net Pay** | | **$635.51** | |
| Checking 2 | | -635.51 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $730.35

© 2000 ADP, LLC

VANKIRK ELECTRIC INC
62 N. JACKSON STREET
WINDER, GA 30680

Advice number: 00000190010
Pay date: 05/11/2018

Deposited to the account of
ABBY B BRYAN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1161 | xxxx xxxx | $635.51 |



NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|---|---|---|---|---|---|
| QZ2 | 000431 | 000100 | | 0000170009 | |

# Earnings Statement

**ADP**

VANKIRK ELECTRIC INC
62 N. JACKSON STREET
WINDER, GA 30680

Period Beginning: 04/08/2018
Period Ending: 04/21/2018
Pay Date: 04/27/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  GA: 3

ABBY B BRYAN
3647 FAIR HILL DR
BETHLEHEM GA 30620

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1193.00 | | 1,193.00 | 6,322.90 |
| Additional | | | | 50.00 |
| **Gross Pay** | | | **$1,193.00** | 6,372.90 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -75.19 | 375.95 |
| | Social Security Tax | -73.97 | 395.12 |
| | Medicare Tax | -17.30 | 92.41 |
| | GA State Income Tax | -37.58 | 187.98 |
| | **Net Pay** | **$988.96** | |
| | Checking 2 | -988.96 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,193.00 | 6,372.90 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 678-425-9494

Your federal taxable wages this period are $1,193.00

© 2000 ADP, LLC

VANKIRK ELECTRIC INC
62 N. JACKSON STREET
WINDER, GA 30680

Advice number: 00000170009
Pay date: 04/27/2018



Deposited to the account of
ABBY B BRYAN

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxx1161 | xxxx | xxxx | $988.96 |

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|---|---|---|---|---|---|
| QZ2 | 000431 | 000100 | | 0000150009 | |

## Earnings Statement

ADP

VANKIRK ELECTRIC INC
62 N. JACKSON STREET
WINDER, GA 30680

Period Beginning: 03/25/2018
Period Ending: 04/07/2018
Pay Date: 04/13/2018

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 0
   GA: 3

ABBY B BRYAN
3647 FAIR HILL DR
BETHLEHEM GA 30620

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1193.00 | | 1,193.00 | 5,129.90 |
| Additional | | | | 50.00 |
| **Gross Pay** | | | **$1,193.00** | 5,179.90 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,193.00 | 5,179.90 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 678-425-9494

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -75.19 | 300.76 |
| | Social Security Tax | -73.96 | 321.15 |
| | Medicare Tax | -17.30 | 75.11 |
| | GA State Income Tax | -37.58 | 150.40 |
| | **Net Pay** | **$988.97** | |
| | Checking 2 | -988.97 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$1,193.00

© 2000 ADP, LLC

VANKIRK ELECTRIC INC
62 N. JACKSON STREET
WINDER, GA 30680

Advice number: 00000150009
Pay date: 04/13/2018



Deposited to the account of
ABBY B BRYAN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1161 | xxxx xxxx | $988.97 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|---|---|---|---|---|---|
| QZ2 | 000431 | 000100 | | 0000190009 | |

# Earnings Statement

**ADP**

VANKIRK ELECTRIC INC
62 N. JACKSON STREET
WINDER, GA 30680

Period Beginning:    03/11/2018
Period Ending:       03/24/2018
Pay Date:            03/30/2018

Taxable Marital Status:  Married
Exemptions/Allowances:
   Federal:  0
   GA:       3

ABBY B BRYAN
3647 FAIR HILL DR
BETHLEHEM GA 30620

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1193.00 | | 1,193.00 | 3,936.90 |
| Additional | | | | 50.00 |
| **Gross Pay** | | | **$1,193.00** | 3,986.90 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,193.00 | 3,986.90 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 678-425-9494

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -75.19 | 225.57 |
| | Social Security Tax | -73.97 | 247.19 |
| | Medicare Tax | -17.30 | 57.81 |
| | GA State Income Tax | -37.58 | 112.82 |
| | **Net Pay** | **$988.96** | |
| | Checking 1 | -988.96 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$1,193.00

© 2000 ADP, LLC

VANKIRK ELECTRIC INC
62 N. JACKSON STREET
WINDER, GA 30680

Advice number:    00000130009
Pay date:         03/30/2018

Deposited to the account of
ABBY B BRYAN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx7316 | xxxx xxxx | $988.96 |


THIS IS NOT A CHECK

# NON-NEGOTIABLE