| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Abby Bruce Bryan** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–2392** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Georgia** <br> Court website: www.ganb.uscourts.gov | | Date case filed for chapter  **7  6/29/18** |
| Case number:  **18–60800–pmb** | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).  Copy fees or access charges may apply. A free automated response system is available at 866–222–8029 (Georgia Northern). You must have case number, debtor name, or SSN when calling.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| **1. Debtor's full name** | Abby Bruce Bryan | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 3647 Fair Hill Drive <br> Bethlehem, GA 30620 | |
| **4. Debtor's attorney** <br> Name and address | Kevin J. Pratt <br> Kevin J. Pratt , PC <br> Suite D <br> 3461 Lawrenceville–Suwanee Road <br> Suwanee, GA 30024 <br><br> Contact phone (770) 614–4811 <br> Email:  kpratt@georgiatrials.com | |
| **5. Bankruptcy trustee** <br> Name and address | Martha A. Miller <br> Martha Miller Law, LLC <br> P. O. Box 5630 <br> Atlanta, GA 31107 | Contact phone 404–941–7360 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

Debtor **Abby Bruce Bryan**                                                                                                           Case number **18–60800–pmb**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | M. Regina Thomas <br> Clerk of Court <br><br> 1340 United States Courthouse <br> 75 Ted Turner Drive SW <br> Atlanta, GA 30303 | Office Hours: 8:00 a.m. – 4:00 p.m. <br><br> Court website: www.ganb.uscourts.gov <br><br> Contact phone 404–215–1000 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Bring a copy of this notice with you. Creditors may attend, but are not required to do so. Cellular phones and other devices with cameras are not allowed in the building. | **August 6, 2018 at 09:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> TO THE DEBTOR: Bring an original government issued photo ID and confirmation of social security number. Provide the Trustee a copy of your most recently filed tax return seven days prior to the meeting, but DO NOT FILE WITH THE COURT. | Location: <br><br> **Third Floor – Room 365, Russell Federal Building, 75 Ted Turner Drive SW, Atlanta, GA 30303** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/5/18** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                     page **2**

```
                        United States Bankruptcy Court
                         Northern District of Georgia
In re:                                                         Case No. 18-60800-pmb
Abby Bruce Bryan                                               Chapter 7
                Debtor
                              CERTIFICATE OF NOTICE
District/off: 113E-9          User: cornettj              Page 1 of 1              Date Rcvd: Jul 02, 2018
                              Form ID: 309a               Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2018.
db             +Abby Bruce Bryan,    3647 Fair Hill Drive,    Bethlehem, GA 30620-4685
tr             +Martha A. Miller,    Martha Miller Law, LLC,    P. O. Box 5630,    Atlanta, GA 31107-0630
21650543       +Garner & Still,    PO Box 707,    Lawrenceville, GA 30046-0707
21650544       +Gs Bank Usa,    Po Box 45400,    Salt Lake City, UT 84145-0400
21650546       +Regional First Care,    420 College Street,    Macon, GA 31201-6707
21650547       +Robert R. Pagniello PC,    651 Exchange Place NW,    Lilburn, GA 30047-6857
21650548       +SST/Best Egg,    Attn: Bankruptcy,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: kpratt@georgiatrials.com Jul 02 2018 22:17:44      Kevin J. Pratt,
                 Kevin J. Pratt , PC,    Suite D,    3461 Lawrenceville-Suwanee Road,    Suwanee, GA  30024
ust            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Jul 02 2018 22:19:21
                 Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
21650540       +EDI: CHASE.COM Jul 03 2018 01:18:00      Chase Card Services,    Correspondence Dept,
                 Po Box 15298,    Wilmington, DE 19850-5298
21650541       +EDI: WFNNB.COM Jul 03 2018 01:18:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
21650545       +E-mail/Text: bk@lendingclub.com Jul 02 2018 22:20:40      Lending Club Corp,    71 Stevenson St,
                 Suite 300,    San Francisco, CA 94105-2985
21650549       +E-mail/Text: bankruptcy@lightstream.com Jul 02 2018 22:21:20      Suntrust,
                 655 W Broadway Ste 1300,    San Diego, CA 92101-8490
21650542        EDI: USBANKARS.COM Jul 03 2018 01:18:00      Elan Financial Service,    Attn: Bankruptcy,
                 Po Box 5229,    Cincinnati, OH 45201
21650552       +E-mail/Text: WFB.Bankruptcy@cabelas.com Jul 02 2018 22:21:46      Worlds Foremost Bank N,
                 Attn: Bankruptcy,    4800 Nw 1st St,    Lincoln, NE 68521-4463
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21650551*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:    United Community Bank,    PO Box 790408,    Saint Louis, MO 63179)
21650550      ##+United Community Bank,    255 N Main St,    Cornelia, GA 30531-2123
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2018 at the address(es) listed below:
              Kevin J. Pratt    on behalf of Debtor Abby Bruce Bryan kpratt@georgiatrials.com,
               Tina@georgiatrials.com
              Martha A. Miller    mmiller@mmillertrustee.com, mam@trustesolutions.net
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
                                                                                             TOTAL: 3
```